# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUNA CHAKRAVARTY, | Case No. 5:18-cv-04631-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; AND HCA INC. LTD PLAN, | Judge: Hon. Beth Labson Freeman |
| Defendants. | Complaint Filed: August 1, 2018 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:18-cv-04631-BLF is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: April 16, 2019 , 2019

HON. BETH LABSON FREEMAN
United States District Judge

169287.1